Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of ELSIE McGOVERN, Appellant, against THOMAS J. CURRAN, as Secretary of State, et al., Respondents.

Argued May 19, 1947; decided May 23, 1947.

*John P. McGrath, Neil M. Lieblich* and *Abraham J. Multer* for Miles F. McDonald, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of IRWIN SLATER, Appellant, against JACOB MARKS et al., Respondents.

Argued May 26, 1947; decided May 27, 1947.